# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN, | Case No. 2:19-cv-00137-TLN-DB |
| Plaintiff, | **ORDER DISMISSING VALERO SERVICES, INC. PLAN** |
| vs. | Judge: Hon. Troy L. Nunley |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; VALERO SERVICES, INC. PLAN and DOES 1 through 10, | Complaint Filed: January 22, 2019 |
| Defendants. | |

The Court, having read the Stipulation to Dismiss Valero Services, Inc. Plan, hereby grants the joint request by Plaintiff SAMUEL BOYKIN ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life") (collectively, "Parties") to dismiss Valero Energy Corporation Flex and Renewable Fuels Plan (erroneously named as "Valero Services, Inc. Plan") ("the Plan") from this action without prejudice, with both Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and dismissal of the Plan. Unum Life shall remain the only named defendant in this case.

Dated: February 7, 2019

_____
Troy L. Nunley
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP