DONAHUE & HORROW, LLP

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
11
12   SAMUEL BOYKIN,                          Case No.: 2:19-cv-00137-TLN-DB
                                             *Hon. Troy L. Nunley*
13                        Plaintiff,         Courtroom 2, 15th floor

14            vs.                            **ORDER RE JOINT STIPULATION RE
                                             STANDARD OF REVIEW**
15   UNUM LIFE INSURANCE COMPANY OF
     AMERICA, VALERO SERVICES, INC. PLAN
16   and DOES 1 through 10,
                                             Complaint Filed: January 22, 2019
17                        Defendants.

18

19
20
21         Pursuant to the parties' Joint Stipulation Re Standard of Review and applicable law, the

22   Court hereby orders that the *de novo* standard of review shall be applied in this matter.

23         IT IS SO ORDERED.

24   Dated: October 28, 2019

25

26

27   _____
     Troy L. Nunley
28   United States District Judge