# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>      Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 2:19-cv-00137-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION RE: TRIAL BRIEFING SCHEDULE** |

The Court has reviewed the Parties' stipulation and approves it in part, as described herein. The ERISA trial will be submitted on cross-motions for judgment pursuant to Federal Rule of Civil Procedure 52. No oral argument will take place unless ordered by the Court. The briefing schedule in this action is set as follows, pursuant to the parties' stipulation:

- Cross-Motions for Judgment under Rule 52: June 22, 2020;
- Oppositions: July 13, 2020;
- Replies, if any: July 20, 2020.

///
///
///

All other dates and deadlines in this matter shall remain the same.

IT IS SO ORDERED.

DATED: January 22, 2020

Troy L. Nunley
United States District Judge