1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL BOYKIN, | Case No. 2:19-cv-00137-TLN-DB |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING DATES** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Based upon the stipulation of the Parties and good cause appearing therefrom, IT IS HEREBY ORDERED that the Rule 52 briefing schedule in this ERISA action is continued as follows:

- Cross-Motions for Judgment under Rule 52: July 13, 2020

- Oppositions: August 3, 2020

- Replies, if any: August 10, 2020

- ERISA Bench Trial: August 17, 2020 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 11, 2020

Troy L. Nunley
United States District Judge