UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>                    Plaintiff,<br><br>       vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, VALERO SERVICES, INC. PLAN and DOES 1 through 10,<br><br>                    Defendants. | Case No.: 2:19-cv-00137-TLN-DB<br><br>**JUDGMENT** |

– 1 –

JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Court enters judgment in accordance with its Order. (Doc. No. 41)

Pursuant to the Court's Order, Defendant Unum Life Insurance Company of America ("Unum Life") shall pay to Plaintiff Samuel Boykin ("Mr. Boykin"), pursuant to the terms and conditions of group long term disability policy number 564565 001 (the "Policy") twenty-four months of disability benefits under the Policy's "regular occupation" definition of disability, *i.e.*, from January 14, 2017 through and including January 13, 2019.

The Court awards pre-judgment and post-judgment interest in favor of Mr. Boykin at the rate set forth in 28 U.S.C. section 1961.

The Court remands the matter to Unum Life for consideration of Mr. Boykin's entitlement of benefits under the Policy's "any gainful occupation" definition of disability beginning on January 14, 2019.

Mr. Boykin is the "prevailing party" for purposes of this action, and is entitled to attorneys' fees and costs in an amount to be determined. The parties shall meet-and-confer on the amount of any attorneys' fees and costs. If the parties are unable to reach a resolution on the amounts of attorneys' fees and costs, Mr. Boykin shall file a motion within 60 days of the date of execution of the judgment.

**IT IS SO ORDERED.**

DATED: March 15, 2022

_____
Troy L. Nunley
United States District Judge