UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, VALERO SERVICES, INC. PLAN and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-00137-TLN-DB<br><br>**ORDER BRIEFLY EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

　　The deadline for Plaintiff to file a motion for attorneys' fees and costs, which is currently set for May 13, 2022, is extended to June 13, 2022.

**IT IS SO ORDERED**

Dated: May 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge